

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00728-CR

Aghil **ANSARI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 386397
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for further proceedings in accordance with this court's opinion.

SIGNED August 5, 2015.

Marialyn Barnard, Justice